UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 18 2015
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| CAROLYN TREAKLE, | ) |
| Plaintiff, | ) Case: 1:15-cv-00245 |
| | ) Assigned To : Unassigned |
| v. | ) Assign. Date : 2/18/2015 |
| | ) Description: Pro Se Gen. Civil |
| CSM MEDICARE SET-ASIDE, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed as frivolous.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff asserts that she has "been abuse[d] by Medicare set aside and future damage and suffering." Compl. Her pleading neither alleges facts nor articulates a cognizable legal claim. As drafted, the complaint does not comply with Rule 8(a), and it therefore will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 2/9/2015

_____
United States District Judge